UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

SAMUEL JEROME CALHOUN AKA
SAMUEL JEROME CALHOUN, SR.   HONORABLE SCOTT W. DALES
CASE NO. 20-02088-SWD
CHAPTER 13

DEBTOR.
_____/
AARON J. KENYON (P67589)
Attorney for Debtor
3815 West Saint Joseph Street
Suite A200
Lansing, MI 48917
(517) 374-8000
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## CERTIFICATE OF SERVICE

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 8th day of September, 2020, a copy of the Objection of Santander Consumer USA Inc. to Confirmation of Debtor's First Amended Chapter 13 Plan was served upon:

| | |
|---|---|
| Barbara P. Foley | Aaron J. Kenyon |
| Trustee | Attorney at Law |
| P.O. Box 51109 | 3815 West Saint Joseph Street, Suite A200 |
| Kalamazoo, MI 49005-1109 | Lansing, MI 48917 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*

        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com