UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

SAMUEL JEROME CALHOUN AKA
SAMUEL JEROME CALHOUN, SR.    HONORABLE SCOTT W. DALES
　　　　　　　　　　　　　　　　　　　　CASE NO. 20-02088-SWD
　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　　　　DEBTOR.
_____/
AARON J. KENYON (P67589)
Attorney for Debtor
3815 West Saint Joseph Street
Suite A200
Lansing, MI 48917
(517) 374-8000
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**WITHDRAWAL OF SANTANDER CONSUMER USA INC.'S OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

　　　　Santander Consumer USA Inc. ("Creditor"), withdraws its Objections to Confirmation of the Debtor's First Amended Chapter 13 Plan based on the Debtor's Second Amended Chapter 13 Plan dated October 5, 2020.

　　　　　　　　　　　　　　　　　　　　O'REILLY RANCILIO P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Craig S. Schoenherr, Sr.*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CRAIG S. SCHOENHERR, SR. (P32245)
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　12900 Hall Road, Suite 350
　　　　　　　　　　　　　　　　　　　　Sterling Heights, MI 48313-1151
　　　　　　　　　　　　　　　　　　　　(586) 726-1000
　　　　　　　　　　　　　　　　　　　　ecf@orlaw.com

DATED: October 6, 2020